IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bolling, Anthony G | Case Number:  06 B 14059 |
| | Judge:  Wedoff, Eugene R |
| Printed:  2/12/08 | Filed:  10/31/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: December 21, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,437.91 | |
| Secured: | | 8,008.59 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 429.32 |
| Other Funds: | | 0.00 |
| Totals: | 8,437.91 | 8,437.91 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 1,320.20 | 0.00 |
| 2. | HomEq Servicing Corp | Secured | 16,653.88 | 8,008.59 |
| 3. | HomEq Servicing Corp | Secured | 4,603.02 | 0.00 |
| 4. | Resurgent Capital Services | Unsecured | 449.51 | 0.00 |
| 5. | Verizon Wireless | Unsecured | 92.34 | 0.00 |
| 6. | Nuvell Credit Company LLC | Unsecured | 917.17 | 0.00 |
| 7. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 8. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 9. | CB USA Sears | Unsecured | | No Claim Filed |
| 10. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 11. | First National Credit Card | Unsecured | | No Claim Filed |
| 12. | Drs Bonded Collection | Unsecured | | No Claim Filed |
| 13. | Drs Bonded Collection | Unsecured | | No Claim Filed |
| 14. | Drs Bonded Collection | Unsecured | | No Claim Filed |
| 15. | Nicor Gas | Unsecured | | No Claim Filed |
| 16. | Sears Consumer Finance | Unsecured | | No Claim Filed |
| 17. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 18. | Statewide Credit Assn., Inc. | Unsecured | | No Claim Filed |
| 19. | Mid America Bank | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 24,036.12 | $ 8,008.59 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 4.8% | 210.62 |
| 5.4% | 218.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Bolling, Anthony G

Printed:  2/12/08

Case Number:  06 B 14059
Judge:  Wedoff, Eugene R
Filed:  10/31/06

_____
$ 429.32

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____